UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-00746-MAA | Date | March 20, 2023 |
|---|---|---|---|
| Title | Kevin Cox v. Ararat Mission LLC, et al. | | |

| Present: The Honorable | Maria A. Audero |
|---|---|

| Narissa Estrada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings (in Chambers):**   **ORDER RE: STATUS REPORT ON SERVICE OF PROCESS IN CIVIL ACTION**

Plaintiff filed this civil action on February 1, 2023.  The case was randomly assigned to Judge Audero through the Court's Magistrate Judge Direct Assignment Program.  The program sets important deadlines by which the parties must decide whether or not to consent to Magistrate Judge jurisdiction.

A precursor to these deadlines is timely service of the summons and complaint on all parties. Pursuant to the Federal Rule of Civil Procedure 4(m), Plaintiffs are required to serve process in this action within ninety (90) days after commencement of the action, or by May 2, 2023.  *See* Fed. R. Civ. P. 4(m).  Plaintiff is required by Local Rule 73-2.2 to file a proof of service within ten (10) days after service of the case-commencing documents.  *See* C.D. Cal. L.R. 73-2.2.  However, according to the Court's review of the docket, no proof of service has been filed in the action, and no defendant has appeared in the action to date.

In order to properly administer the Direct Assignment Program and advance this action in compliance with this Court's deadlines, Plaintiff hereby is **ORDERED** to submit a report regarding the status of service of process in the action.  Plaintiffs may discharge this order by filing a statement regarding progress with service of process (not to exceed 3 pages) or a proof of service of process by no later than April 19, 2023.  Failure to respond to this Order may lead the Court to recommend dismissal of the action for failure to prosecute or return the case to the civil wheel for reassignment to a District Judge.

It is so ordered.